No. 72–887. AMERICAN PARTY OF TEXAS ET AL. *v.* BULLOCK, SECRETARY OF STATE OF TEXAS; and

No. 72–942. HAINSWORTH *v.* BULLOCK, SECRETARY OF STATE OF TEXAS. Appeals from D. C. W. D. Tex. Probable jurisdiction noted. Cases consolidated and a

total of one hour allotted for oral argument. Reported below: No. 72–887, 349 F. Supp. 1272.